IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 1:26-00040

CASEY RYGH

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant to continue trial and all related pretrial deadlines in this matter. (ECF No. 60.)  In support of defendant's motion, counsel for defendant explains additional time is required to independently review discovery material, as well as complete necessary investigation and research prior to determining what, if any, pretrial motions need to be filed.  The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1.  The deadline for the filing of pretrial motions is continued to June 11, 2026;

2.  The Pretrial Motions Hearing is continued to June 15, 2026, at 10:30 a.m., in Bluefield;

3.  Jury Instructions and Proposed Voir Dire are due by July 21, 2026;

4.  Trial of this action is continued to July 28, 2026, at 9:30 a.m. in Bluefield; and

5.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 4th day of May, 2026.

ENTER:

David A. Faber
Senior United States District Judge

2